**Order filed August 2, 2022**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-22-00280-CV**

———————

**JEANENE THOMAS, Appellant**

**V.**

**BONNER CARRINGTON, Appellee**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-33669**

---

## O R D E R

Appellant's brief was due July 18, 2022**.** No brief or motion for extension of time has been filed.

Accordingly, we order appellant to file a brief with this court within thirty (30) days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.